ADELINE REICH, Respondent, *v.* WILLIAM ROSENBLATT, Appellant.

Argued January 16, 1952; decided March 13, 1952.

*Alexander Pfeiffer* for appellant.
*Samuel D. Reidel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FROESSEL, JJ. Taking no part: FULD, J.